[No. 58242-9-I. Division One. August 20, 2007.]

SHERRON ASSOCIATES LOAN FUND V ET AL., *Respondents*, v. GALAXY GAMING CORPORATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-20977-1, Dean Scott Lum, J., entered May 10, 2006. *Reversed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Baker, J.

[No. 58313-1-I. Division One. August 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-01416-2, Ira Uhrig, J., entered June 6, 2006. *Affirmed* by unpublished per curiam opinion. Now published at 141 Wn. App. 673.

[No. 58366-2-I. Division One. August 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TRISTIAN ANTHONY CLARKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12095-5, Linda Lau, J., entered June 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 34064-0-II. Division Two. August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WOO JUNG YUN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00879-6, Gary Tabor, J., entered November 23, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.